## DAEGELE v. KANSAS.

No. 72, Misc.   Decided October 14, 1963.

Petitioner *pro se.*

*William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Kansas for further consideration in light of *Douglas* v. *California,* 372 U. S. 353.

For reasons expressed in his dissenting opinion in No. 16, Misc., *Pickelsimer* v. *Wainwright, post,* p. 3, and related cases, MR. JUSTICE HARLAN would set this case for argument of the question whether *Douglas* v. *California,* 372 U. S. 353, should be applied retroactively.